PHILLIPS COUNTY NAACP *v.* The PHILLIPS COUNTY ELECTION COMMISSION and Its Members, Greg Davis, et al.

90-142                                    790 S.W.2d 180

Supreme Court of Arkansas
Opinion delivered June 25, 1990

*J.L. Wilson* and *Sam Whitfield, Jr.*, for appellant.

*L. Ashley Higgins* and *David Solomon*, for appellees.

PER CURIAM. The order of the lower court granted to the appellants leave to amend their complaint. Appellants opted to stand on their pleadings and appealed. We deem the order of the trial court to be one of dismissal and appellees' Motion to Advance and Affirm is granted.